**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**MCALLEN DIVISION**

| | | |
|---|---|---|
| **JOAQUIN CORTEZ** | § | |
| | § | |
| **VS.** | § | **CIVIL ACTION NO. 7:25-cv-00411** |
| | § | |
| **ALLSTATE VEHICLE AND** | § | |
| **PROPERTY INSURANCE COMPANY** | § | **JURY DEMANDED** |

**NOTICE OF REMOVAL**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW ALLSTATE VEHICLE AND PROPERTY INSURANCE COMPANY, Defendant in the above cause, and pursuant to Rule 15, Federal Rules of Civil Procedure, and 28 U.S.C. Sections 1441 and 1332, files this its Notice of Removal and in connection therewith would respectfully show the Court the following:

## I.
## BACKGROUND

1. Petitioner is Defendant in a civil action now pending in the County Court at Law No. 1 of Hidalgo County, Texas, Cause Number CL-25-3007-A, styled ***Joaquin Cortez vs. Allstate Vehicle and Property Insurance Company,*** wherein Plaintiff seeks monetary relief for property damage, and asserts claims for declaratory relief and alleged violations of the Texas Insurance Code, Texas Deceptive Trade Practices Act, as well as claims for bad faith and breach of contract.

## II.
## BASIS FOR REMOVAL

2. The district courts of the United States have original jurisdiction over this action based on diversity of citizenship among the parties, in that the Defendant is diverse in citizenship from the Plaintiffs. Defendant is not a citizen of the State of Texas.

## III.
## DIVERSITY IN CITIZENSHIP

**Plaintiff Joaquin Cortez**

3. The Plaintiff, Joaquin Cortez, is domiciled in Hidalgo County, in the State of Texas, and was domiciled there at the time this action was commenced. Plaintiff was at that time and is now a citizen of the State of Texas.

**Defendant Allstate Vehicle and Property Insurance Company**

4. The Defendant, Allstate Vehicle and Property Insurance Company, is a corporation incorporated under the laws of the State of Illinois, having its principal place of business now and at the time this action was commenced in Northbrook, Cook County, in the State of Illinois. Defendant is now, and was at the time this action was commenced, a citizen of the State of Illinois and of no other state.

5. Accordingly, diversity of citizenship exists among the parties.

## IV.
## AMOUNT IN CONTROVERSY

6. The amount in controversy in this action exceeds, exclusive of interests and costs, the sum of Seventy-Five Thousand Dollars ($75,000.00). Plaintiff's petition asserts monetary damages of $250,000.00 or less. See Paragraph I of Plaintiff's Original Petition.

7. Defendant would further show that the applicable policy of Andres Perez provides dwelling limits of $280,747, other structures limits of $28,075 and contents limits of $168,449. See Exhibit A.

8. Additionally, prior to litigation, Plaintiff submitted a demand for $55,074.95. See demand letter attached as Exhibit B. In the demand, Plaintiff noted the sufficiency of the evidence to support imposition of treble damages. In addition to policy benefits, in his Petition, Plaintiff seeks damages for exemplary damages, interest, mental anguish and attorneys' fees. See Paragraphs XII and XIII of

Plaintiff's Original Petition. A binding stipulation of damages has not been filed. Accordingly, considering all damages Plaintiff would be entitled to, should he prevail, as well as the announcement of damages sought in his Original Petition, the amount in controversy exceeds Seventy-Five Thousand Dollars ($75,000.00).

**V.**

9. Removal of this action is proper under 28 U.S.C. §1441, since it is a civil action brought in a state court, and the federal district courts have original jurisdiction over the subject matter under 28 U.S.C. §1332 because the Plaintiff and Defendant are diverse in citizenship and the amount in controversy exceeds $75,000.00.

**VI.**

10. This notice of removal is being filed within thirty (30) days after receipt by Petitioner of Plaintiffs' Original Petition, which was the first notice to Defendant of this lawsuit. This removal is filed under 28 U.S.C. Section 1446(b).

**VII.**

11. Petitioner's time to answer or remove with respect to the Plaintiff's Original Petition has not expired. Plaintiff's Original Petition was served on the Defendant Allstate Vehicle and Property Insurance Company on July 21, 2025.

**VIII.**

12. This action is one over which this Court has original jurisdiction under the provisions of 28 U.S.C. Section 1331 and this action may be removed to this Court by Petitioner, pursuant to the provisions of 28 U.S.C. Section 1441. Copies of all pleadings including the docket sheet on file with the State Court are attached hereto.

WHEREFORE, ALLSTATE VEHICLE AND PROPERTY INSURANCE COMPANY,

Defendant in this action, pursuant to these statutes and in conformance with the requirements set forth in 28 U.S.C. §1446, removes this action for trial from the County Court at Law No. 1 of Hidalgo County, Texas to this Court, on this 19th day of August, 2025.

Respectfully submitted,

By: */s/ Rosemary Conrad-Sandoval*
Rosemary Conrad-Sandoval
Attorney-In-Charge
State Bar No. 04709300
Federal ID No. 13738

Of Counsel

ROERIG, OLIVEIRA & FISHER, L.L.P.
10225 North 10th Street
McAllen, Texas 78504
(956) 393-6300
(956) 386-1625 (Fax)

ATTORNEYS FOR DEFENDANT

**VERIFICATION**

THE STATE OF TEXAS :
:
COUNTY OF HIDALGO :

I, ROSEMARY CONRAD-SANDOVAL, being first duly sworn, depose and say that: I am counsel for Petitioner, ALLSTATE VEHICLE AND PROPERTY INSURANCE COMPANY; I am familiar with the contents of the above; and to the best of my knowledge the contents thereof are true and correct.

ROSEMARY CONRAD-SANDOVAL

SUBSCRIBED AND SWORN TO BEFORE ME by the said ROSEMARY CONRAD-SANDOVAL, this 19 day of August, 2025, to certify which witness my hand and seal of office.

NOTARY PUBLIC STATE OF TEXAS
NICOLE L MOWBRAY
Notary Public, State of Texas
Comm. Expires 11-15-2027
Notary ID 12984998-5

Notary Public, State of Texas

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that a true and correct copy of the foregoing has been forwarded via electronic service to all parties of record as follows:

Jose A. Chapa, Jr.
JOSE A. CHAPA LAW FIRM, PLLC
3116 Scenic Way
McAllen, Texas 78503
jachapa@smu.edu

on this 19th day of August, 2025.

*/s/ Rosemary Conrad-Sandoval*
ROSEMARY CONRAD-SANDOVAL